

FILED
CLERK, U.S. DISTRICT COURT

April 23, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN THE MATTER OF THE DESIGNATION OF A MAGISTRATE JUDGE FOR SERVICE IN ANOTHER DISTRICT | GENERAL ORDER NO. 26-07 |

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the emergency resulting from the recent surge of 28 U.S.C. § 2241 Habeas Corpus – Alien Detainee case filings, the district certifies the need for magistrate judge assistance from the District of Hawaii.



Therefore, **IT IS ORDERED**, with the concurrence of the Honorable Derrick Watson, Chief District Judge for the District of Hawaii, that **Magistrate Judge Kenneth J. Mansfield**, District of Hawaii, is hereby designated to hold court and perform other judicial duties under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Central District of California from April 23, 2026 to December 31, 2026.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

*Date of Approval by the Court:*        April 23, 2026

*Date of Filing by the Clerk:*        April 23, 2026

2