IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VARDAN BRUNSUZYAN, | ) | Case No. 5:26-cv-02052-KJM |
| | ) | |
| Petitioner, | ) | ORDER:  (1) GRANTING |
| | ) | PETITIONER'S PETITION FOR |
| vs. | ) | WRIT OF HABEAS CORPUS (28 |
| | ) | U.S.C. § 2241), AND |
| FERETI SEMAIA, Warden, Adelanto | ) | DECLARATORY AND |
| West ICE Processing Center, ET AL. | ) | INJUNCTIVE RELIEF; AND |
| | ) | (2) DENYING AS MOOT |
| Respondents. | ) | PETITIONER'S MOTION FOR |
| | ) | TEMPORARY RESTRAINING |
| | ) | ORDER, STAY OF REMOVAL, |
| | ) | AND ORDER PRESERVING THIS |
| | ) | COURT'S JURISDICTION |
| | ) | |

ORDER:  (1) GRANTING PETITIONER'S PETITION FOR WRIT OF
HABEAS CORPUS (28 U.S.C. § 2241), AND DECLARATORY AND
INJUNCTIVE RELIEF; AND (2) DENYING AS MOOT PETITIONER'S
MOTION FOR TEMPORARY RESTRAINING ORDER, STAY OF
REMOVAL, AND ORDER PRESERVING THIS COURT'S JURISDICTION

On April 22, 2026, Petitioner Vardan Brunsuzyan ("Petitioner") filed a

Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), and Declaratory and

Injunctive Relief ("Petition").  ECF No. 1.  Petitioner seeks an order requiring

Respondents Fereti Semaia, Warden, Adelanto West ICE Processing Center, et al.

("Respondents"), to release him from immigration detention.  Petitioner is

currently detained at the Adelanto West ICE Processing Center.  *Id.* at 2.

Also on April 22, 2026, Petitioner filed an Emergency Motion for Temporary Restraining Order, Stay of Removal, and Order Preserving This Court's Jurisdiction ("TRO Motion").  ECF No. 3.

On April 30, 2026, Respondents filed a Response to the Petition.  ECF No. 10.  Therein, Respondents state that they "are not presenting an opposition argument at this time."  *Id.* at 2.  That same day, Petitioner filed a Notice of Respondents' Non-Opposition and Request for Immediate Release.  ECF No. 11.

The Court elects to decide this matter without a hearing and based on the written submissions, pursuant to Federal Rule of Civil Procedure 78(b).  The Court has carefully considered the memoranda, applicable law, and the record in this case.

Based on Respondents' non-opposition to the Petition, the Court GRANTS the Petition.  *See Soleimani v. Larose*, Case No.: 25-cv-3082-DMS-DEB, 2025 WL 3268412, *3 (S.D. Cal. Nov. 24, 2025) (granting habeas petition where government's answer to the petition did not respond to all claims in the petition, including a Fifth Amendment due process claim); *Singh v. Chiang*, Case No. ED CV 25-3024 FMO (SP), 2025 WL 4058328, *4 (C.D. Cal. Dec. 15, 2025) (construing government's failure to oppose argument raised by habeas petitioner as a concession).  In addition, the Court DENIES AS MOOT the TRO Motion.

The Court ORDERS Respondents to RELEASE Petitioner from immigration detention within 24 hours of this Order.  Petitioner's counsel shall file a status report confirming Petitioner's release within three days of Petitioner's release from custody.  If release is delayed for any reason, Petitioner shall promptly notify the Court.  Upon receipt of confirmation that Petitioner has been released, judgment will issue and the Court will close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 1, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Brunsuzyan v. Semaia, et al.*, Case No. 5:26-cv-02052-KJM; Order:  (1) Granting Petitioner's Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), and Declaratory and Injunctive Relief; and (2) Denying as Moot Petitioner's Emergency Motion for Temporary Restraining Order, Stay of Removal, and Order Preserving This Court's Jurisdiction

3