JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

VARDAN BRUNSUZYAN,⠀⠀⠀⠀⠀)⠀⠀Case No. 5:26-cv-02052-KJM
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Petitioner,⠀⠀⠀⠀)⠀⠀JUDGMENT
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀vs.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
FERETI SEMAIA, Warden, Adelanto⠀)
West ICE Processing Center, ET AL.⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Respondents.⠀⠀⠀)
_____)

## JUDGMENT

Pursuant to the Order:  (1) Granting Petitioner's Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), and Declaratory and Injunctive Relief; and (2) Denying as Moot Petitioner's Motion for Temporary Restraining Order, Stay of Removal, and Order Preserving This Court's Jurisdiction (ECF No. 12), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas (28 U.S.C. § 2241), and Declaratory and Injunctive Relief (ECF No. 1) is granted.  In addition, Petitioner's Emergency Motion for Temporary Retraining Order, Stay of Removal, and Order Preserving This Court's Jurisdiction (ECF No. 3) is denied as moot.  Petitioner reports that he has been released from custody (ECF No. 12).  The Court therefore DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 16, 2026.



Kenneth J. Mansfield
United States Magistrate Judge

*Brunsuzyan v. Semaia, et al.*, Case No. 5:26-cv-02052-KJM; Judgment